FILED

08 FEB -8 PM 1:26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: __08-276 CRB__

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __V51068 Portugal, Daniel__ for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT         [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __2/6/08__                        __L. macias__
                                                [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/06/08
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCOUNT NUMBER  : V51068                    BED/CELL NUMBER: FDB9T1000000122L
ACCOUNT NAME    : PORTUGAL, DANIEL ALEJANDRO   ACCOUNT TYPE: I
PRIVILEGE GROUP:  D
                              TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE          DESCRIPTION               COMMENT        HOLD AMOUNT
 ----------    ----    ----------------------------  ------------    ------------
 01/24/2008    H114    COPAY FEE, MED.               1929 COPAY             5.00

                              TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL         TOTAL          CURRENT         HOLDS        TRANSACTIONS
  BALANCE        DEPOSITS    WITHDRAWALS       BALANCE        BALANCE       TO BE POSTED
 ----------    ----------   -------------    ----------    -----------    -------------
     0.00          0.00          0.00            0.00           5.00             0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 2/6/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  R. Macias  SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

5.00

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____, )
                       )
            Plaintiff, )   CASE NO. _____
                       )
   vs.                 )   PRISONER'S
                       )   APPLICATION TO PROCEED
                       )   IN FORMA PAUPERIS
                       )
            Defendant. )
_____

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____NO_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                    Yes ____  No __✓__
10        self employment
11  b.   Income from stocks, bonds,                  Yes ____  No __✓__
12        or royalties?
13  c.   Rent payments?                              Yes ____  No __✓__
14  d.   Pensions, annuities, or                     Yes ____  No __✓__
15        life insurance payments?
16  e.   Federal or State welfare payments,          Yes ____  No __✓__
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                             Yes ____  No __✓__
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?          Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                      Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____             $ _____           $ _____
27 _____             $ _____           $ _____
28 _____             $ _____           $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No √
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _1-28-08_        _Daniel Portugal_
17    DATE          SIGNATURE OF APPLICANT

|    |                                    |
|----|------------------------------------|
| 1  |                                    |
| 2  |          Case Number: _____ |
| 3  |                                    |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Daniel Portugal</u> for the last six months
[prisoner name]
<u>Salinas Valley state Prison</u> where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____                    _____
                                     [Authorized officer of the institution]