My Name is Daniel Portugal #VS1068 case number CV 08 0276 CRB. on January of this year I been try to send to your office a Forma Pauperis due to the fact I don't have money on my books. I have a problem with the Trust Account on this Department for whatever is the reason the office is delay my petition as your office could see Today February 6 I receive my request but is my 3rd in Forma Paupers I send to your office's. well with this said I hope I receive a responds from your office's soon, thank you for your time.

Sincerely
Daniel Portugal

FILED
RECEIVED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA<br>GA-22 (9/92) | | INMATE REQUEST FOR INTERVIEW | | | DEPARTMENT OF CORRECTI |
|---|---|---|---|---|---|
| DATE<br>1-31-08 | TO<br>Trust Accounting | | FROM (LAST NAME)<br>Portugal, D. | | CDC NUMBER<br>V-51068 |
| HOUSING<br>D4 | BED NUMBER<br>122 | WORK ASSIGNMENT | | JOB NUMBER<br>FROM        TO | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | ASSIGNMENT HOURS<br>FROM        TO | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please send this request to the court U.S. District after your office certificate my Papers thank you for your time 1 one envelope is inside

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                      DATE

DISPOSITION

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
9
10                                  )
11              - Plaintiff,         )    CASE NO. CV 08 0276
                                    )
12      vs.                         )    PRISONER'S
                                    )    APPLICATION TO PROCEED
13                                  )    IN FORMA PAUPERIS
                                    )
14              Defendant.          )
15

16      I, _____, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information.

23  1.   Are you presently employed? Yes ___ No ✓

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____    Net: _____

27  Employer: _____

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____no_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2              support and indicate how much you contribute toward their support. (NOTE:
3              For minor children, list only their initials and ages. DO NOT INCLUDE
4              THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?     Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?     Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account?   Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____         $ _____         $ _____
27 _____         $ _____         $ _____
28 _____         $ _____         $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  *1-28-08*                         *Daniel Portugal*
17     DATE                           SIGNATURE OF APPLICANT

Case Number: CV 08 0276

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Portugal, Daniel** [8/10/08] for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: 2/6/08

_L. Macias_

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 02/06/0
                                                                PAGE NO:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 06, 2008

ACCOUNT NUMBER  : V51068                    BED/CELL NUMBER: FDB9T1000000122L
ACCOUNT NAME    : PORTUGAL, DANIEL ALEJANDRO    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
    DATE        HOLD
    PLACED      CODE        DESCRIPTION             COMMENT         HOLD AMOUNT
    ----------  ----        -----------             -------         -----------
    01/24/2008  H114    COPAY FEE, MED.             1929 COPAY          5.00

                            TRUST ACCOUNT SUMMARY

    BEGINNING     TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
    ---------     --------     -----------  -------      -------     ------------
      0.00          0.00          0.00        0.00         5.00          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 2/6/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   5.00-



Daniel Portugal / VS1068
Salinas Valley State Prison
P.O. Box 1050 D07-102
Soledad, Ca 93960

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

TWIN CELL RATED MAIL
STATE PRISON
GENERATED MAIL

legal mail