FILED

APR 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-0276CRB

To: Richard W. Wieking                    4-7-08

I'm writing regarding a respond's to my petition. Case number CV 08 0276 I send the in forma Pauperis application to your office's like 2 month's ago I still had not receive any respond's so I would like to no what's the problem with my application or I have to wait still do to my understanding I filed everything right and I don't not why your office's had not send a reply to my letter one month ago so please let me know as soon as possible well thank you for your time and I look forward to receive some good new's from your office's,

Sincerely
Daniel Portugal

P.S.
my address is
Daniel Portugal #V51068
Salinas Valley State Prison
P.O. Box 1050 D9-144
Soledad Ca 93960-1050

See a copy of In Forma Pauperis when I send this as well as my trust balance's.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL PORTUGAL
          Plaintiff,

          vs.

N. GRANNIS, et al.,
          Defendant.

CASE NO. CV 08 0276

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Daniel Portugal, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No __/__

    b. Income from stocks, bonds, or royalties?      Yes ____ No __/__

    c. Rent payments?      Yes ____ No __/__

    d. Pensions, annuities, or life insurance payments?      Yes ____ No __/__

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ Net $ _____

4. a. List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes \_\_\_\_ No  ✓ 

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes \_\_\_\_ No  ✓ 

Make _____ Year _____ Model _____

Is it financed? Yes \_\_\_\_ No  ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes \_\_\_\_ No  ✓  (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes \_\_\_\_ No  ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes \_\_\_\_ No  ✓ 

_____

8.    What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

January 6, 2008                    *Daniel Pastorga*
DATE                               SIGNATURE OF APPLICANT

Case Number: CV 08 0276

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Portugal, Daniel   V51068   for the last six months

at   SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020            [prisoner name]
SOLEDAD, CA 93960-1020

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 1/8/08                                L. Macias
                                   [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 01/08/
                                                                PAGE NO:
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER  : V51068                       BED/CELL NUMBER: FAB3T2000000231L
ACCOUNT NAME    : PORTUGAL, DANIEL ALEJANDRO   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTION: TO BE POSTE: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  1/8/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias  SVSP
  TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.0

Daniel Portugal #VS1068
Salinas Valley State Prison
P.O. box 1050 D9-144
Soledad Ca-93960-1050



STATE PRISON GENERATED MAIL

Offices of the clerk's U.S. District court Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

- 4-7-08 -

legal mail -
§3134 (c) (b)(e) (1)(a)