To: writ clerk,

May 20, 08

Appellant received the legal mail on April 30, 2008. Thank you for the responds from your office's. Now I would like to add the my legal mail has been open on this institution I filed a complaint regarding this matter on the institution but next time your office's reply to my letter please write legal mail and tape the envelope as well thank you.
Appellant name Daniel Portugal *VS1068
Salinas Valley State Prison
P.O. box 1050 D9-144
Soledad, Ca 93960
Case number CV 08-00276 CRB
Please have this on mine the due to the issue regarding my legal mail I will send other letter to report the statutory and regulation's with this matter I would like to request for this letter to take the court as additional page's on this case's. Now with this said I closed this letter.

Sincerely
Daniel Portugal



Daniel Portuegal #V51068
Salinas Valley State Prison
P.O. Box 1050 D9-144
Soledad Ca 93960

Legal Mail —
by Section 3142
(a)(1)(2)

Office's of The Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102