to: THE HON. E. CV-276 CRB

June 5, 08

I am writing this letter on regarding some issues. First my name is Daniel Portugal V-51068 I was tranfer to High Desert Prison on tuesday I have a case on your court due to the circumstances I don't have my personal property at this time due to the tranfer I have to wait a couple of week to receive this. I can reply to the letter your office's send me am asking for 2 month to reply regarding the case.

Due to the circumstances at this time I have ask to the warden for help because my life is on danger safety, security concern on this yard I receive information the they will harm me soon. I ask to be place on ASU because I don't whant to be a victim or be harm on any way. The warden T. Felker I have not receive any responds back but if you have time to call him to take action's regarding this matter, thank you, I look forward to receive a reply from your office's.

sincerely
Daniel Portugal

FILED
08 JUN 12 PM 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

