Daniel Portugal
V-51068 B4-113
P.O. Box 3030 H.D.S.P.
Susanville, Ca 96127

Court Clerk,
Northern Dist, CRT. HSE;
Northern Dist, Calif;

Daniel Portugal
V.
T. Felker-warden
(et al) Custody-staff;

Case No: C 08-0276 CRB

**FILED**
JUN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion-seeking Issuance of temporary restraining order & Preliminary Injuction order - against any Reprisals by Staff of any manner;

I Daniel Portugal-V51068 Do Solemly sware that to the best of my ability & knowledge - this Entire entitled - Document/Motion to be true and correct, According to the Color & letter of law, and under the Penalty of Perjury, I'm seeking of your honorable court - A Preleminary Injunction Be issued/served upon this institution's warden T. Felker and its Custody staff(I.E.) Receiving Release AD-seg/& Byrd-staff those envolved with my day to day handeling, Escorts, Etc. All I can Do to name any, all of them, who've treatened my Person with Physical/bodily harm is say "John Doe" Jane Doe & there Bosses-which their sign in log, daily log will Reflect - As they won't tell you their name(s) or Badge(s) numbers and most of the time they keep it covered up with a suspender shoulder strap or something of that nature if they even have one on your Honorable court I Do not feel safe" "At this institution!"

Please, Assist me in, with the temporary Restraining order, Preliminary Injunction, "In 4 with my being moved-transferred to an Institution - where I'm close to my family 2"where I may be able to Program Safely" and "Be Free From harm & Potential threats & Bodily harm"! and if you would issue an order of "Protection" special handeling on one of Keeping & forcing this Institutions custody staff to refrain from any type manner or form of Retaliation on or against my Person." "Please your honor" I begging of your Honorable court for this Layman at Law's, Prayer For Relief upon your or your court Help" Mr. Richard W. Weiking SNR, Clerk of the court I'm begging of your sir to bring these motion my prayers for Relief be for the honorable MAJ/Judge T.E. Henderson as I'm at the 1ST or 2ND most violent Penitentury in the country-state of california and there reputation & Perpensity for violence against Ethnic I'M's Anyone who draws heat creates unwanted undue, outside Attention From the court or Sacramento of those who arent outside or in felted with this Redneck Good ol-boy-Green-wall 2ND to only Pleasant Valley, Pelican bay & corcoran State Prison & Salinas Valley.

② Daniel Portugal
       V.
Warden, T. Felker
(ET-AL) custody staff;

Points & Authority

1. Cruz V. Beto 405 U.S. 319, 31 LED 2d 263, 92 S.CT. 1079 (1972);

2. Cooper V. Pate, 378 U.S. 546, 12 LED 2d 1030 84 S.CT. 1733 (1964);

3. Wolff V. McDonnell, 418 U.S. 539, 41 LED 2d 935, 94 S.CT 2963 (1974);

4. Hudson V. Palmer 468 U.S. 517 526-27, 104 S ct 3194, 82 L.Ed 2d 393 (1984)

5. Deshanney V. Winnebago county Dept-of school Services, 489 U.S. 189, 2000, 109 S.CT. 998, 103 L.EC 2d 249 (1989)

6. Youngberg V. Romeo 757 U.S. 307-315-16, 102 S ct 2452, 73 LEd 28 (1982)

7. Farmer V.~U.S. 511 U.S. At 834, 114 S.CT (1970)

8. Moore V. Mabus, 976 F2d 268, 271 (5th cir 1992

9. Martinez V. Stanford 323 F.3d 1178, 1183 (9th cir 200

10. U.S. V. Lopez U.S. Ca 9th No. 05-50415

11. Serrato V. Clark, U.S. Ca 9th cir No 06/15167 May 9 200

12. re-Rosenkrantz 2002) 29 cal 4th 616, 664, 128 cal rptr, 2nd 104 "ID"-AT 651

13. Motley v. Parks 432 F.3d 1072, 1077-78 (9th Cir. 2005)

Dated 6-18-08
Daniel Portugal

Daniel Portugal
V.
Warden T. Felker
(ET, AL) custody staff

(3)

— Points of Authority —

1. Mooney V. Holohen, 55 S.CT 340 294 U.S. 103;
2. Deluna (2005) 126 Cal. App 4th 585, 591 24 Cal RPTR;
3. Mc Quillion V. Duncan (9th cir 2002) 306 F.3d 895 901-902;
4. ReDD V. McGrath (9th cir 2003)
5. Serrate V. Clark U.S., ca 9th cir (No. 0615167, 5/07 9th cir)
6. Olsen V. Idaho 363 F.3d 916, 922 (9th cir '04")
7. Martinez V. Stanford 323 F.3d 1178, 1183 (9th cir 03)
8. Motley V. Parks 432 F.3d 1072, 78 9th cir 05)

Dated 6-18-08
Daniel Portugal

Daniel Portugal
V-51068 B4-113
P.O. Box 3030 H.D.S.P.
Susanville, Ca 96127

① 

Court Clerk,
Northern Dist. Crt. Hse.
Northern Dist. Calif;

Daniel Portugal
       V.
T. Felker - Warden
Et-All - Custody Staff

CASE NO.

Motion-Seeking Issuance of Tempurary restraining order - against custody staff from any further threats against me & harrassmen of me

I Daniel Portugall - Do Solemnly sware, that this entire entitled Document - to the Best of my ability and knowledge is true and correct - under the penalty of Perjury, and According to the letter of the law, and to the color of the law I am Seeking, Reavesting of your honorable court. The Issuance of this motion regarding my Present, and future safety, and on an against this Prisons custody staff - in an with my handeling, & threats of physical harm, to my Person by custody staff - that is & has been envolved with my movement, & in dealing with me, in any manner - since my arrival at High Desert State Prison - due to my being transfered here from Salinas Valley State Prison, due to my being a some what successfull Prison litigator and safety & security Issues there from threats of violence, & harm to my Person, both in writing received by staff and verbally as well, being overheard by staff upon my arrival at High Desert State Prison at receiving & release (R&R) I was verbally threatment by staff. As soon as they saw my legal work do to the Nature

of my transfer to there institution - as they have display a flagrent attitude towards, against S.N.Y inmates and they make that quite clear by Physical - verbal abuse of toward (us) myself - shortly after my arrival I wrote a letter to warden T. Felker regarding this matter of my concerns and my reavesting to be placed in ASU. do to my concerns as I've laid them out in this motion for your Honorable court, and for what ever Reasons my reavests, my letter were Denied, I'd clearly laid out all of my concerns of safety to my person, my enemy situation's which entitle a clear and eminent Potential safety and security issue, etc, etc.

In conclussion, I'm reavesting of your Honorable court the issuance of this T.R.O - Temporary restraining order against and on this institutions - warden & custody staff, & my being placed in ad seg unit a transfer can be facilitated to a safe institution where I can program, free from harm and in a close proxsimity my family

1. logs will & would reflect all/names of custody staff envolved

6-18-08
Daniel Portugal

Daniel Portugal
       V
Warden-T Felker
(ET-AL) custody staff;

## Points & Authority

1. This Prisons NON compliance with the due Process clause of the Federal constitutions.
2. (342 F. Supp 616)
3. (483 F. 2d 1059
4. Robert O McDonnel, Etc - 418 U.S 539, 41 L. Ed 2d 935, 94 S. CT 2963 (No 73-679)(1974)
5. Garner - Supra 529 U.S. 254, at ex to facto;
6. Formost-Re-Rosenrant, 483 F.2d 1059
7. Included in above cite is charles wolff Jr. Etc, ET-AL Petitioner(s)

These above entitled Points & Authority are to include, being requested of & by way of your Honorable court issuing an additional order that No reprisals be taken against or shall any be administered to, on-or in any fassion against this Plaintiff in this entitled action in it's entirity - which is I/M Daniel Portugal V-51068, 9 (ET-AL) I/M's - As is the Plaintiff in this instant Action and ongoing Pending litigation. Pursuant to this unconstitutional Action of/by Dept-correc-Rehab-violating his due process rights to unempeeded

Access to the courts, subjecting this Plaintiff. I/M D, Portugal to cruel-unusual punishment. The right to bring a grievance or Action, to through the administrative process to the courts free from Reprisals, threats & harm from, by staff, I/M's alike According to the law State and Federal constitutions amendments 1st, 4th, 8th, 14th of the constitution

Dated 6-18-08
Daniel Portugal

V-51068 B4-113    Pro-Per
P.O. Box 3030
Susanville, Cali. 96127

Northern Dist Crt, HSE;
Northern Dist of court;

Daniel Portugal
V.
T. Felker - warden (ET-AL)
(custody staff

Motion/Letter for
a seeking Prayer of
Relief of your Honorable court:

Court Clerk - Richard W. Weiking

Dear: Judge Thelton E. Henderson:

I am writing this motion on regarding on safety security and concern against this prison High Desert.

Appellant Daniel Portugal #V-51068

I would like to request to be transfer from this institution due to this matter's.

Prospective relief / Preliminary Injunction

(1) Appellant has a history of filed many complaint again CDC due to my lawsuit civil rights Act, 42 U.S. C § 1983. Salinas Valley transfer me to this institution, the circumstance's is true I have safety security and concern issues. Appellant send a letter to the warden T. Felker regarding this matter but for whatever reason my request was denied to be place on A.S.U. due to my concerned safety and enemies security issues, etc. threats, verbal harassment physical harm many times.

Legal Analysis, conclusions

Prison official, must provide humane conditions of confinement, must take 37 F.supp 2d 927 reasonable measures to guarantee the safety of the inmate "see Hudson V. Palmer 468 U.S. 517, 526-27 104 S.C.T. 3194 82 L.Ed 2d 393 (1984) see Deshanney V. Winnebago —

County Dept of Social Services 489 U.S. 189, 200/09 S.CT 998, 103 L.Ed 2d 249 (1989) it is "cruel, unusual punishment to hold convicted criminals in unsafe conditions" Youngberg V. Romeo 457 U.S. 307 315, 16 102 S.CT 2452, 73 L.Ed 2d 28 (1982) Prison Officials have a duty to protect Prisoner's from violence at the hands of other prisoners "Gratuitously allowings the beating of one prisoner by another serves no "legitimate penological objective"; the objective component of a failure to provide reasonable from harm claim is "Incarceration under conditions posing a substantial risk of serious harm" Farmer 511 U.S. at 834, 114 S.CT 1970. The fifth circuit has affirmed that "[S]ome conditions of may establish an Eighth Amendment violation" in combination when each would not do so alone, but only when they have a mutually enforcing effect that produce's the deprivation of a single identifiable human need." Moore V. Mabus 976 F.2d 268, 271 (5th cir 1992) [A] remedy for unsafe conditions needs not await a tragic event Hellings V. Mckinney, 509 U.S. 25, 33, 113, S.CT 2475, 125 L.E. 2d 22 (1993) Inmate must be protected against present future dangers Horton V. cockrell, 70 F.3d 397 40 (5th cir 1995) citing Helling V. Mcmney, 509 U.S. 25, 113 S.CT. 2475, 125 L.Ed 22

②

(1993) Prison authorities, must protect not only against current threats, but also must guard against "sufficiently imminent dangers that are likely to cause harm in the "next week or month or year." Horton V. Cockrell 70 F.3d 397, 401 (5th cir 1995) quating Helling V. McKinney 509 U.S. at 32-33, 113 S. ct 2475] the subjective component of a failure to provide reasonable protection from harm claims is "deliberate indifference" which is "more that mere negligence" in failing to prevent harm, acts or omissions for the very purpose of causing harm or with knowledge that harm will result, thus it the equivalent of acting reckessly Farmer 511 U.S. at 835 114 S. ct 1970 the obviousness of the risk from facts known to the appellant is circumstantial but rebuttable, proof that defendant inferred the risk, id at 840 44 114 S. ct. 1970; Bradley V. Puckett 157 F.3d 1022, 1025 (5th cir 1998) In alberti the district court concluded That inmate beating, attacks are prevalent! alberti 790 F.2d (S.D tex. 1984) The Fifth circuit held that it "determine whether any of those incidents individually constituted an Eight amendment violation, as well according to chapter 3 section 33 a tranfer may violate some other constitutional protection.

For example a transfer might subject a prisoner to cruel and unusual punishment if the person would be placed with known enemies or others who would cause serious harm

(3) Prisoners are very concerned about where they serve their time especially if they hope to receive visit's from family and friends "Family ties, Prison Placement are specifically discussed in 3.4 or they wish to be in a particular program or housing arrangement that is available only at certain prisons, a person is validly convicted the requirement of due process under the Fourteenth amendment of the U.S. constitution see Farmer v. Brennan (1994) 511 U.S. 825 (114 S.CT. 1970; 128 L.Ed 2d 811) Prison officials have duty to protect prisoner's from violence at the hands of other prisoner's, a constitutional violation occurs when the danger of harm is "sufficiently serious" and the prison official acts with "deliberate indifference" to inmate's health or safety) see also §2.2¹ concerning reasonable safety concerns and chapter 7 concerning reasonable safety concerns, chapter 7 concerning housing

(4) needs related to medical care.

as for the record as well I been on High Desert Prison for more the 1½ weeks, still this institution has not allowed me to receive my personal property especially when all my property arrive with me on R&R, still have not receive any Fish kit Higiene, laundry schedule all I have is one part of sock's, 1 boxer's and shirt. I ask many times to %, Sgt regarding some clothing or my legal property, Personal Property as well but I try to resolve this issue on informal level due to the circumstances appellant has not receive any reply regarding this matter, this action's are "cruel and unusual conditions to live. appellant would like to request for protection to him and cellmate for this institution not to make or a false 1030 Reported against appellant, cellmate for weapons or drugs and assault on staff.

the due process clause protects a state prisoner's right under First amendment, Fourth Eight amendment against "cruel and unusual pusishment

⑤

6-18-08

Daniel Portugal

High Desert State Prison
Daniel Portugal #V-51068 H.D.S.P.
P.O. box 3030 B4-113
Susanville, Ca 96127

RENO NV 895
19 JUN 2008 PM 1 T

"LET US DARE TO READ, THINK, SPEAK AND WRITE"
John Adams, 1765
USA FIRST-CLASS FOREVER

STATE PRISON

Senior Judge Thelton E.
Henderson
U.S. District Court
Courtroom 12 Floor 19
450 Golden Gate Avenue
San Francisco, Ca 94102

B1

Legal Mail -
section 3141 (c)

94102+3661 C004