High Desert State Prison
P.O. box 3030 B-4-113
Susanville, Ca 96127

Daniel Portugal
V.
N. Grannis, et al.

Court Clerk - Richard W. Weiking

FILED
JUL 14
RICHARD
CLERK, U.S.
NORTH DIST

Court Clerk
Northern District, CRT, HSE
Northern District, Cal.

Case No: C08-0276 CRb

Motion For Discovery
AND MEMORandum oF PoinT
AuThorities In support
Thereof

1  Plaintiff would at a Full Discovery Motion
2  ON For ANY RECords, Films ETC - charts Inspection AND
3  MEMorandum oF PoinTS AND AuThorities In supporT Thereof
4  TO ProVE They DidnT ProPerly - ATTENDTO oR Do 4 or
5  COMPleTe ADEQuate 4 ProPer DenTal Procedure,
6  Process, 4 committed DenTal- Medical Mal Practice,
7  Deliberate INDIFFerence, Cruel 4 unusal Punishment
8  ETC. All oF which Required AccorDing MEDical —
9  DENTal, licensing 4 Practices, AND PeReZ V. TilTon
10 C-05-5241 JSW.
11 All reports and notes regarding this case
12 bearing on any such witness Physical or
13 Psychological limitation on their ability to
14 Perceive, recollect or communicate concerning
15 the subject matter, character For honesty
16 or Veracity or their opposites; The existence;
17 the existence or non-existence oF any expr-
18 essed bias, interest or other motive in
19 testifying; any admission of untruthfulness,
20 All notes and report oF observations oF
21 medical care and Investigators concerning
22 the state of california.

1

Daniel Portugal #V-51068
P.O. BOX 3030 B4-113
Susanville ca 93127

Court Clerk
Northern District, CRTHS
Northern District, Cali—

1

2

3  Daniel Portugal
4       V
5  N. Grannis, ET, Al.

Case No: C-08-0276
              CRb

6

7                Points 4 Authority

8  thornburgh V. Abbot 490 U.S 407,404 (1989)
9  Spellman V. Hopper 95.F.supp 2d 2267(M.D. ALA 1999
10 Williams V. Brimeyer 226 F.3d 352(8TH cir 1997)
11 Procunier V. Martinez 426 U.S. 396 (1974)
12 U.S. V. Felipe 148 F.3d 202(2ND cir 1998)
13 Franise V. terhune 283 F.3d 506,520 (3d cir 2002)
14 Pope V. Hightower 202 F.3d 2382 (22cir 1996)
15 Caske V. CLYMen, 15F supp.2.d 640 (E.D.Pa 1998
16 Pittman V. Hutto 594 F.2d 07 (4TH cir 1997)
17 Hendrix V. Evans 725 F.supp 897 (N.D. 2ND 1989)
18 Abul-Jamal V. Price 254 F.supp 572 (S.D.N.Y, 1992)
19 Sczerbary V. Oswald 342 F.supp. 572 s.D.N.y 1992
20 Bell V. Wolfish 492 U.S. 520, 650 1979
21 Harper V. Walling Ford, 877 F.2d 728 (9TH cir 1989)
22 Mouney V. Holohen 55 s.cT 340,204 U.S. 103; rpTr.
23 Deluna(2005) 126 cal app. 4th 585,591 24cal
24 MCQuillion V. Duncan(9TH cir 2002 306 F.3d 895-901 902
25 REDD V. McGrath(9TH cir 2003)
26 Serrato V. Clark U.S. Ca 9TH (No: 06-15167 5/07 4TH cir
27 Olsen V.IDahto 363 F.3d 916.922 9TH cir 04)
28 Martinez V. stanfford 323 F.3d 1178, 1183 (9TH cir 03

2

# Points 4 Authority

1. Mottey V. Parks 432 F.3d 1072, 1077-78 (9th 05)
2. Penal code section 859;
3. Evidence Code section 780;
4. Hill V. Superior Court (1974) Cal.3d 812.816,
5. People V. Riser (1956) 47 Cal.2d 566.586. overr-
6. uled on other grounds,
7. People V. Morse (1963) 60 cal.2d.631;
8. Funk V. Superior Court 52 Cal.2d 423
9. Norton V. Superior court (1959) 173 Cal app.3d 133
10. Walker V. Superior Court (1957) 155.Cal. APP.2d 134.
11.
12.
13.
14.

ORDER OF THE court

15.
16.
17. Granted _____
18. Denied _____
19. ORDered, with the following modification
20. _____
21.
22.
23.
24.
25.
26.
27. Dated July 17, 08
28. appellant / plaintiff

3

ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (pursuant to Welf. & Inst. Code, §§ 11475.1, 11478.2) (Name, State bar number, and address)

**FOR COURT USE ONLY**

Telephone No:                    Fax No:

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY & ZIP CODE:

BRANCH NAME:

PETITIONER/ PLAINTIFF: Daniel Portugal

RESPONDENT/DEFENDANT: N. Grannis et Al

| PROOF OF SERVICE | CASE #: C-08 -0276 CRb |
|---|---|

NOTICE: To serve temporary restraining orders you must use personal service (see form 1285.84).

1. I am over the age of 18, not a party to this cause, and not a protected person listed on any of the orders. I am resident of or employed in the county where the mailing took place.

2. My residence or business address is: High Desert state prison
   Daniel Portugal V-51068
   P.O. box 3030 BY-113
   susanville ca 96127
3. I served a copy of the following documents (specify): All Discovery, Motion's, points of Authority In support thereof

ly enclosing them in an envelope AND

a. ☐ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
b. ☒ Placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served:

   b. Address: U.S. District court
      Northern District ca
      450 Golden Gate Avenue
   c. Date Mailed: July 14, 08
   d. Place of Mailing (City & State): San Francisco, ca 94102

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Daniel Portugal

Signature of person completing this form        July 14, 08        Type or print name: Daniel Portugal
                                                 Date:

**PROOF OF SERVICE BY MAIL**

or a Approved by Rule 1285.5 Judicial Council of California 1285.85 (new July 1, 1998)

High Desert State Prison
Daniel Portugal
P.O.box 3030 B4-113
Susanville, Ca 96127

Court Clerk
Northern District, CRT, HDS
Northern District, Cal.

1  Daniel Portugal
2        V.
3  N. Grannis, ET, Al

CASE No: C-08-0276 CRB

Motion to Present
Document's And
Declarations, Testimony
AND EVIDENCE OF
Genuine matter.

8
9  Plaintiff was given dental treatment
10 In 2005 by Robinson to wit, a diagnosis to have
11 root canal surgery. ON 1-11-2006 DR. Wittenberg
12 gave Plaintiff a root canal, but Failed to
13 take out the part of the tooth which still are
14 present to this day. DR. Wittenberg didn't perform
15 the surgery Properly so Plaintiff was in pain
16 and had to go get another crown placed in by
17 DR. Major on 7-26-06 once again plaintiff crown
18 came out which DR. Major improperly did. DR. Pma
19 repaired the crown on 1-25-07 and once again
20 it wasn't done correctly. Now they just want to
21 extract the tooth. because of them doing faulty
22 dental work, Plaintiff has suffered and has continu—
23 ously ask to have his crown done in a Professional
24 manner, but all Plaintiff received was pain and
25 Ibuprofen for his pain. Plaintiff Filed a 602
26 (Co)r Inmate Grivance to have the issue corrected, but
27 has run into deliberate Indifference as well as
28 Violation of my 14th Amendment right.

1

1 ON 4-23-07, DR Nguyen interviewed Plaintiff For
2 First level response and promptly denied Plaintiff. DR
3 Nguyen had a responsibility to ensure that Paintiff was
4 given the necessary dental care to which he hadn't
5 received yet. by denying Plaintiff 602 based on his
6 refusal to allow his tooth to be pulled was a violatio
7 of Plaintiff medical needs to wit the Eight Amendment
8 and Eaual Protection.

9 ON 6-11-07 DR. Adams who was the chief Dental
10 Officer. denied Plaintiff 602 based on DR. Nguyen's
11 report and all the information provided by the same
12 People who wrongly put in Plaintiff crown. being chief
13 Dental officer, DR Adams had the responsibillity to
14 ensure his staff did their job properly. DR. Adams
15 should have made sure plaintiff had his crown
16 installed properly. DR. Adams never asked why
17 Plaintiff still had peices of his #8 tooth stuck
18 inside his gum. DR. Adams is in violation of
19 Plaintiff Eight Amendment right as to his
20 medical needs and Plaintiff right to eaual
21 Protection.

22 ON 1-11-06 DR. wittenbergs Performed a second root
23 canal, ON 7-12-06 DR. Major rescheduled Plaintiff
24 For another replacement of his crown and ON 7-26-06
25 DR. Major replaced Plaintiff crown and on 7-25-07, DR
26 Pina repaired Plaintiff crown. because of DR. Pina,
27 DR Major and DR. wittennbers improper dental work.
28 Plaintiff was exposed to Pain and the violation

1 of the Eight Amendment as to Plaintiff
2 medical needs and Plaintiff Equal Protection.
3 DR. Charles D. Lee and N. Grannis are both
4 guilty of violating Plaintiff Equal Protection.
5 DR. J. Adamo again repaired the crown on 2-15-08
6 now the crown came off on this prison Plaintiff
7 Filed a Medical request for Dental care, but
8 Health care services stated the this matter is
9 a priority level 2 by the clinic dentist CDC High Desert
10 Prison states that Plaintiff will be see within 120 days
11 this action are a violation of the Eight Amendma
12 and medical need's.
13 DR. Charles D. Lee and N. Grannis are both guilty
14 of violating Plaintiff Equal Protection. Plaintiff
15 should have never been exposed to doctors
16 who can't perform their jobs properly and they
17 had a duty to step in and Fix the problem.
18
19 Also Plaintiff ask that he receives any other
20 relief the court deems proper as well as
21 attorney fees.
22
23 Documents attach on the back.
24
25                                    Daniel Portugal
26                                    Plaintiff
27                                    Dated July 14, 08
28

legal Claims / Discovery

1  (A) Filed a 602 (colr Inmate Grievance on 7-30-05
2  and 10-30-05 again inmate Grievance.
3  medical care For Dental on may 15-06
4  (B) Filed a 602 (colr Inmate Grievance on 3-20-07
5  and again on 6-18-06 with a Medical care
6  For Dental care 1-14-07 and 12-5-07
7  (C) Inmate correspondence, control #7770 on 1-29
8  medical care request on 03-23-07
9  Regards to letter submitted on 3-8-07
10  requesting Investigation of tooth #8.
11  (D) letter to warden regarding the
12  responds From a 602 colr I/M Grievance
13  on July 2, 07 and on July 13-06 Inmate corres-pon-
14  dence, control #7241
15  (E) other letter to the appeal coordinator
16  regarding a 602 (colr I/M Grievance on 7-16-07
17  on June, 24 07 again I'm a letter regarding
18  a plaintiff responds from a 602, on July 30-07
19  again other letter the delay of a 602 I/M
20  Grievance,
21  (F) other 602 (colr Inmate Grievance on 7-29-07
22  regarding the delay of the 602 process.
23  on June 11, 07 second level Appeal response
24  memorandum. on 12-10-07 a responds from
25  Dental again regarding my crown re-cement.
26  (H) on January 29, 08 Appeal Activity
27  on 7-10-08 a reply From Dental care on
28  High Desert state Prison.

Dated July 14, 08

Daniel Portugal
Plaintiff

4

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (pursuant to Welf. & Inst. Code, §§ 11475.1, 11478.2) (Name, State bar number, and address) | *FOR COURT USE ONLY* |
|---|---|
| Telephone No:　　　　　Fax No:<br><br>ATTORNEY FOR (Name):<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br><br>STREET ADDRESS:<br><br>MAILING ADDRESS:<br><br>CITY & ZIP CODE:<br><br>BRANCH NAME:<br><br>PETITIONER/ PLAINTIFF: Daniel Portugal<br><br>RESPONDENT/DEFENDANT: V.<br>　　　　　N. Grannis, ET, Al | |
| **PROOF OF SERVICE** | **CASE #:** C-08-0296 |

NOTICE: To serve temporary restraining orders you must use personal service (see form 1285.84).

1. I am over the age of 18, not a party to this cause, and not a protected person listed on any of the orders. I am resident of or employed in the county where the mailing took place.

2. My residence or business address is: High Desert State Prison
   Daniel Portugal V-51068
   P.O. box 3030 B4-113
   Susanville, CA 96127

3. I served a copy of the following documents (specify): All Discovery, Motions, Points
   OF Authority In Support thereof

by enclosing them in an envelope AND

a. ☐ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
b. ☐ Placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served:

   b. Address: U.S. District Court
   　　　　Northern District Ca
   　　　　450 Golden Gate Avenue

   c. Date Mailed: July 14, 08
   d. Place of Mailing (City & State): San Francisco, ca 94102

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of person completing this form　　　Date: July 14, 08　　Type or print name: Daniel Portugal

## PROOF OF SERVICE BY MAIL

Form Approved by Rule 1285.2 Financial Council of California 1285.85 (new July 1, 1998)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

Log No.

Category

1. _____   1. _____

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Daniel Portugal | VS1068 | 602/complaint | A5 245 |

A. Describe Problem: I am writing this complaint in regards of the stat issued to access to the Dental. I file a request for Dental because I have a toothache I would like to get a partial tooth, the doctor said that I will take some medication for my tooth. My rights to Due Process are been violated and witholding privileges. Please use your seniority, take action of this issue involving my health and it will be extremely appreciated.

If you need more space, attach one additional sheet.

B. Action Requested: I would like a state issued partial tooth A.S.A.P. Please use your seniority and take action with this matter.

Inmate/Parolee Signature: Daniel Portugal          REC'D FEB 2 2005     Date Submitted: 1-30-06

C. INFORMAL LEVEL (Date Received:) 02-04-05 R 02:16 RCVD

Staff Response: ~~[illegible]~~ The Dental dept had not received request for serious from you. This form will act as your request and you will be placed on list for this serious

Staff Signature: B Christins          Date Returned to Inmate: 4/23/05

D. FORMAL LEVEL          DELIVERED  MAR 0 4 2005

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.                    Category
1. _OVSPA_                              1. _02-0H37_                _8_
2. _____                        2. _____           _CTC  IST_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Daniel Portugal | V37068 | 602 / complaint | A3-201 |

A. Describe Problem: I am writing this complaint in regards of the State issued to access to the Dental. I Filed a request For Dental because I have a Partial the I would like to get a Partial tooth but the Dental never call me the First time. I request Dental treatment so I I File a 602 on February 3, 2005 the responds For this 602 was on 2-23-05 by BChristens and I been waiting For 6 months now For Dental treatment

If you need more space, attach one additional sheet.

B. Action Requested: I would like 2 state issued Partial - tooth A.S.A.P Please use your seniority and take action with this matter. Thank you For your time and concern.

Inmate/Parolee Signature: _Daniel Portugal_    RECEIVED NOV 02 2005    Date Submitted: _10-30-05_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

NO NJRC

**First Level**  ☒ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 11/3/05 _____ Due Date: 12/19/05

Interviewed by: _You have been appointed to see a gum_
_Dental on 12/15/05. At that appointment_
_your issue will be addressed. At that appoint-_
_ment it was determined the tooth #oth had a failed_
_root canal, you will see the Oral Surgeon to have_
_this treated. Then depending on the outcome you may_
_have a plastic crown done._

**Staff Signature:** _[signature]_     **Title:** Dentist C.F     **Date Completed:** 12/14/05

**Division Head Approved:**

**Signature:** _[signature]_     **Title:** DDS CDCH     **Returned Date to Inmate:** 12/15/05

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

DELIVERED DEC 2 7 2005

_____

_____

_____

**Signature:** _____  **Date Submitted:** _____

**Second Level**  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

**Signature:** _____  **Date Completed:** _____

**Warden/Superintendent Signature:** _____  **Date Returned to Inmate:** _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

**Signature:** _____  **Date Submitted:** _____

For the Director's Review, submit all documents to: **Director of Corrections**
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

☐ See Attached Letter

**Date:** _____

CDC 602 (12/87)

№ 959914

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☒    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Daniel Portugal | VS1068 | A3-216 |

PATIENT SIGNATURE

DATE  may 15.06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I would like to receive Dental care because I have so much Pain and I need A Partial-tooth Thank you For your time it will be extremely appreciated

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☑ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: _____ Institution/Parole Region _____ Log No. _____ Category _____

2. _____  2. _____

DEPARTMENT OF CORRECTIONS

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| Daniel Portugal | VS1068 | 602-complaint For Dental | A3-231 |

A. Describe Problem: ON 3-8-07 I request Dental treatment For re-cemented my crown on the tooth #8 For the past's week's, due to the circumstance of this ADministration, unProfessional, unethical, extreme abusive by denial Dental treatment, I have been asking to A Dental clinic For this Services and when I receive my crown on july 12,06 by Dr. Major was good For a couple of months and after I requested to re-cemented my crown again on the tooth #8 by the Dr Ping on Jan 25,07 and 2 months

If you need more space, attach one additional sheet.

B. Action Requested: I would like this matter to responds to my Petition. I would like a new crown on my tooth #8 because I don't have this and my gum has alot of pain, thank you For your time and concern

REC'D MAR 2 1 2007

Inmate/Parolee Signature _Daniel Portugal_    Date Submitted: 3-20-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____



First Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned 5/2/07    Due Date 5/2/07

Interviewed by: DR. Nguyen PhD. on 04/23/07 @ A-Yard dental clinic. Your request for a crown on #8 is denied. There is not enough tooth structure on #8 to place a crown. Your option is to have #8 extracted and replace with a partial. You refused extraction of #8 at this time.

Staff Signature: Loc Nguyen, DDS, CF, SVSP    Title: Dentist    Date Completed: 4/3/07

Division Head Approved:
Signature: RN    Title: AHPA    Returned Date to Inmate: 5/1/07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I am dissatisfied and I would like to request this action's to be honored as soon as possible, thank you for your time

DELIVERED MAY 04 2007

Signature: Daniel Portiga    Date Submitted: May 15 0

RECEIVED MAY 17 2007

Second Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned 5-21-07    Due Date 6-15-07

☐ See Attached Letter

Signature: John A    CDO    Date Completed: 6/11/2007

Warden/Superintendent Signature:    RET'D AUG to Inmate 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am dissatisfied and I would like to request this action's to be honored as soon as possible thank you for your time

Signature: Daniel Portiga    Date Submitted: 8-20-07

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other

☐ See Attached Letter    Date: NOV 16 2007

CDC 602 (12/87)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC-602 (12/87)

Location: Institution/Parole Region       Log No.       Category  10

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Daniel Portugal | V51068 | 1602/ Complaint For Dental | A3-218 |

A. Describe Problem: I File So many sick call For Dental due to this correction I was granted a Partial tooth on 12-15-05 by John Dr DDS, CDCR). I Have So much Pain everyday and is hurt to eat I need this Service Perez V.F.N Said that no more the 90 days the after the inmate arrives this is Inconstitution I have no tI hear From the Dental treatment, this matter is involving my Health Please look into this issue and I need a log number

RECD JUN 12 2006

If you need more space, attach one additional sheet.

B. Action Requested: I would like a state Partial tooth A.S.A.P Please use your seniority and take action with this matter, thank you For time and concern.

Inmate/Parolee Signature: Daniel Portugal       Date Submitted: 6-18-06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

DELIVERED JUN 2 8 2006

DELIVERED JUN 2 8 2006

Staff Signature: _____       Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____       Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed       CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

came out. So I request this treatment again
and I receive a letter back with this respond's
I have been complaining about this tooth since
December 16,05. Please see Page's attach on the
back. Subject #7241, #7770 and regards to a letter
submited on 3-8-07 requesting investigation of tooth #8
and 2 copys of CDC 7362 No 959914, 590959

Ground 1
(B) supporting case, Rules or Authority
People V. Perez
Article 8. Section $3355.1 Page 145 (a)(b)(2)(c)
article 8. section $3354 Page 143 (a)(e)(F)(1)(2)
such inmates shall be treated within 48 hours by a dentist
during normal clinic hours.
withholding privileges (see Vitek V. Jones s.ct. 1980)
right to due Process, Equal Protection of the law under the
Fourteenth, Fifth amendment of the constitution.
U.S. const.
title 15

                                    Sincerely
                                    Daniel Portugal

this is a hurt tooth/emergent

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☑   MEDICATION REFILL ☐

NAME
Daniel Portugal

CDC NUMBER
VS1068

HOUSING
A3-23I

PATIENT SIGNATURE

DATE
1-14-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am requesting Dental services because my Crown tooth # 8 upper from central incisor I have a lot of pain everytime I eat the gum on my tooth, thank you for your time and concern please look on this matter as soon as possible.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

1512560

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☑ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

(Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)

# *M E M O R A N D U M*

**Date**:     January 29, 2007

**To**:     Inmate Daniel Portugal
CDC #V51068

## Subject:     INMATE CORRESPONDENCE, CONTROL #7770

Inmate Portugal has a history of complaining of pain on tooth #8.   The nerve of tooth #8 was removed and therefore this tooth should be painless. However, he was still complaining of pain on tooth #8. In an attempt to salvage the tooth once again, the general dentist referred him to the oral surgeon, Dr. Wittenberg, who performed a specialized surgical procedure on tooth #8.   The only option remaining is to extract tooth #8 if inmate Portugal continues to experience pain.   It is strongly recommend that he submits a CDCR Form 7362 requesting for an extraction of tooth #8.

Patient History involving symptomatic tooth #8

- Dec 16, 2005   Dr. Robinson was prompted by a 602 (appeal) to examine Inmate Portugal.  Dr. Robinson recorded that tooth # 8 had a history of root canal treatment completed.  He had lost a crown on tooth # 8.  Dr. Robinson's diagnosis was failed root canal treatment on tooth #8.  In an attempt to save the tooth he referred the inmate patient to the oral surgeon for root canal surgery.

- Jan 11, 2006  Dr. Wittenberg performed the root canal surgery in an attempt to preserve tooth # 8.  He was prescribed Ibuprofen for pain management.

- July 12, 2006   Dr. Major examined patient regarding a warden's inquiry.   The inmate was complaining about pain on tooth #8 while eating.   This is unusual since tooth # 8 has had the nerve removed and the tooth should be painless.  Dr. Major reviewed x-ray's which were normal and the various diagnostic tests performed were also normal.  Dr. Major provided training on oral hygiene and rescheduled patient for placement of a polycarbonate crown.

1

- July 26, 2006  Dr. Major provided local anesthetic and prepared and cemented polycarbonate crown on tooth #8.    Dr. Major provided additional oral hygiene instructions.

- Jan 25, 2007  Dr. Pina examined patient due to a second warden's inquiry.  Inmate Portugal complained that he was having pain on his tooth #8 whenever he ate.  Patient alleged that a hole in crown was causing pain.  Dr. Pina repaired and re-cemented the crown on tooth #8 and provided further oral hygiene instructions.

*A copy of this will be placed in the Unit Health Record, dental section, for future reference.

*Please see previous warden's assignment control # 7241 dated 6/28/2006

Dr. Adamo
Chief Dentist
Salinas Valley State Prison

CC:  Mike Evans
        Warden, SVSP

589932

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
Portugal, Darrel

CDC NUMBER
VS1068

HOUSING
A3 - 231

PATIENT SIGNATURE

DATE
03 · 23 · 07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

NJ   # 8   Poly Car barrie   Kmp.   (Fown

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**SALINAS VALLEY STATE PRISON**
P.O. Box 1020
SOLEDAD, CA 93960
(831) 678-5500



**DATE: March 13, 2007**

**TO:     Daniel Portugal, CDCR#V51068**

**SUBJECT: Regards to letter submitted on 3/8/07 requesting**
**investigation of tooth #8.**

I have done a full investigation on this matter on January 29, 2007 and you were sent a
copy of this report, Inmate Correspondence- control #7770. I strongly recommend
that you submit a request for extraction of tooth #8. You have been complaining
about this tooth since December 16, 2005. The Dental Department has done
everything possible in attempt to save this tooth for your. The only alternative left is
to extract tooth #8. A copy of this memo will be placed in your Unit Health Record
for future providers to review.

Sincerely,

John Adamo, DDS
CDO, SVSP

Cc: Unit Health Record

to: warden                                    July 2, 07

      I am writing this letter again
due to this matter I sent a 602
to the second level Review on may 21
07 and due date 06-15-07, now nas
been more the 29 day's, the log number
SUSP A-07 01279 now with this said I
hope to hear a respond's back from your
office's, thank you for your time

                          sincerely
                         Daniel Portys
                   √S1068
                   A3-231

'STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**SALINAS VALLEY STATE PRISON**
P.O. Box 1020
SOLEDAD, CA 93960
(831) 678-5500



**DATE:** July 13, 2006

**TO:** Daniel Portugal, CDCR# V51068

**SUBJECT: Inmate Correspondence, Control # 7241**


You were seen by Dr. Major on July 12, 2006 at the Facility A Dental
Clinic. Dr. Major evaluated your chief complaint of tooth #8(upper front
central incisor) having pain upon eating. Dr. Major reviewed the x-ray
which revealed that tooth #8 had root canal treatment completed (which
indicates that the nerve of this tooth was removed). Dr. Major performed
various diagnostic tests and determined that the surrounding gums were
slightly inflamed. Dr Major provided oral hygiene instructions at this
appointment. Dr. Major evaluated your condition and based on his
professional opinion he determined your priority as a 1B, to be seen within
30 calendars days. Dr. Major stated at the next appointment he will place a
polycarbonate crown on tooth #8. I am advising you to practice good oral
hygiene to help the surrounding gums around tooth#8 maintain good health.
The treatment you requested will be provided to you based upon the priority
given on tooth #8 by Dr. Major.

John Adamo, DDS
Chief Dentist (A), SVSP


CC:  Mike Evans
      Warden, SVSP

to Appeals Coordinator,

7-26-07

I am writing this letter on regarding of my 602. I file on 05-02-07 I have not receive no responds from the second level and Due Date is 06-15-07 the log number is SVSP A-0701279 is action is action are inconstitution. I need a response from my 602 second level, thank you for your time and concern.

Sincerely
Daniel Portugal
VS1068-A3-231

Currently there is a backlog of completed appeals. Appeals office is receiving assistance w/ the backlog. E by Irons 7/26/07

████████████                                          June 24, 07

I am writing this letter on regarding of the 602 requesting to Medical second level response. I mail this request on May 21, 2007 and Due Date 06-15-07 now have you look into this matter, thank you for your time and concern. I look forward to receive a response back from your office's

Sincerely

████████████

what is the log # of the appeal so I can provide status?

Eloy Medina
6/27/07



To. Appeals Coordinator

July 30, 07

I am writing this letter on regarding on the second level responds of my 602-log number 07-01279 the due date is on 6-15-07. now has been more the 1 month and I had not receive a responds or notice's on this matters. I would like to know where is my 602 or why I had not receive some respond' back. now with this action I close this lette I hope to receive a responds as soon as possible, thank you.

sincerely

V51068

A3-231

07-1279 = denied 6/5/07 SLR.

There is a back log of completed appeals that i. mailed. need to be processed' receiving the appeals office is receiving assistance in the back log.

doy meows 8/2/07

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**     Location:   Institution/Parole Region     Log No.     Category
**APPEAL FORM**
CDC 602 (12/87)
    1. _____     1. _____     _____

    2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Portugal,D. | V-51068 | N/A | A3-231L |

A. Describe Problem: I' am filing this 602 on Assigned Staff Reviewer: CTC on a CDC-602 Log# SVSP-
A-07-01279 for failing to comply with not only my right to appeal per California Code of
Regulations Title 15 §3084.1. Right to Appeal (a)., §3084.6. Appeal Time Limits (b)(3),
but also violating the 14th Amendment of the United States Constitutions "Due Process Clause".
This also violates my access to the courts, the Dental here at Salinas Valley State Prison
are also violating a court order by failing to follow the "Clauses'" set in Perez v. Tilton,
No. C 05-05241 JSW. As of this date 7/29/07 Salinas Valley State Prisons Staff Reviewer: CTC
is 29 days late in answering CDC-602 Log# SVSP-A-07-01279 at the Second Level.

If you need more space, attach one additional sheet.

B. Action Requested: That this CDC-602 be attached to Dental CDC-602 Log# SVSP-A-07-01279 for
Legal purposes'.

Inmate/Parolee Signature: _Daniel V Portugal_     Date Submitted: 7/29/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

A3 231L

State of California                                                    Department of Corrections

# Memorandum

Date:   June 11, 2007

To:     Portugal, #V51068
        Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-01279.

**ISSUE**:

The appellant states that he had his crown come off again on tooth #8 after placement of this crown by Dr. Major.

Appellant requests to have a new crown done on tooth #8 because of painful gums around this tooth.

**INTERVIEWED BY**:  Dr. Nguyen on April 23, 2007.

**REGULATIONS**:  The rules governing this issue are:

       **California Code of Regulations (CCR), Title 15, Sections**

       **3350.  Provision of Medical Care and Definitions**
       **3354.  Health Care Responsibilities and Limitations**

       **Dental Department Policies and Procedures:**

       **Chapter 5.15:  Dental Care (E)**

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was completed on **4/23/07** by Dr. Nguyen.  Dr. Adamo, CDO, was assigned to investigate this appeal at the Second Level of Review.  All submitted documentation and supporting arguments have been considered.  Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

A review of the appellant's dental records revealed the following information. On January 29, 2007 I sent the appellant an Inmate Correspondence Letter, Control #7770 stating the following:

Portugal, CDCR# V51068
SVSP-A-07-01279

"Inmate Portugal has a history of complaining of pain on tooth #8. The nerve of tooth #8 was removed and therefore this tooth should be painless. However, he was still complaining of pain on tooth #8. In an attempt to salvage the tooth once again, the general dentist referred him to the oral surgeon, Dr. Wittenberg, who performed a specialized surgical procedure on tooth #8. The only option remaining is to extract tooth #8 if inmate Portugal continues to experience pain. It is strongly recommended that he submits a CDCR form 7362 requesting for an extraction of tooth #8. Patient History involving symptomatic tooth #8

- Dec. 16, 2005 Dr. Robinson was prompted by a 602 (appeal) to examine Inmate Portugal. Dr. Robinson recorded that tooth #8 had a history of root canal treatment completed. He had lost a crown on tooth #8. Dr. Robinson's diagnosis was failed root canal treatment on tooth #8. In an attempt to save the tooth he referred the inmate patient to the oral surgeon for root canal surgery.
- Jan. 11, 2006 Dr. Wittenberg performed the root canal surgery in an attempt to preserve tooth #8. He was prescribed Ibuprofen for pain management.
- July 12, 2006 Dr. Major examined patient regarding a warden's inquiry. The inmate was complaining about pain on tooth #8 while eating. This is unusual since tooth #8 has had the nerve removed and the tooth should be painless. Dr. Major reviewed x-rays which were normal and the various diagnostic tests performed were also normal. Dr. Major provided training on oral hygiene and rescheduled patient for placement of a polycarbonate crown.
- July 26, 2006 Dr. Major provided local anesthetic and prepared and cemented polycarbonate crown on tooth #8. Dr. Major provided additional oral hygiene instructions.
- Jan. 25, 2007 Dr. Pina examined patient due to a second warden's inquiry. Inmate Portugal complained that he was having pain on his tooth #8 whenever he ate. Dr. Pina repaired and recemented the crown on tooth #8 and provided further oral hygiene instructions."

On March 8, 2007 the appellant submitted a letter addressed to me stating "I am writing this letter on regarding Dental. On 3-8-07 I request to re-cemented my crown on the tooth #8 but for some reason the Health care staff stated to take this matter to the next level......" I sent my response to the appellant, Daniel Portugal, CDCR# V51068 on March 13, 2007 stating the following: "I have done a full investigation on this matter on January 29, 2007 and you were sent a copy of this report, Inmate Correspondence-control #7770. I strongly recommend that you submit a request for extraction of tooth#8. You have been complaining about this tooth since December 16, 2005. The Dental Department has done everything possible in attempt to save this tooth for you. The only alternative left is to extract tooth #8. A copy of this memo will be placed in your Unit Health Record for future providers to review."

**Portugal, CDCR# V51068**
**SVSP-A-07-01279**

**The appellant was seen by Dr. Nguyen on April 23, 2007 for the First Level Appeal interview appointment.** The Nguyen recorded that the appellant chief complaint was he wanted a new crown on his upper front tooth because it had fallen off twice. Dr. Nguyen recorded tooth #8 had root canal therapy completed, had a very short clinical crown, the x-ray was non-remarkable, and the appellant was asymptomatic ( without pain) at this visit. Dr. Nguyen recommended that this tooth be extracted and replaced on a partial denture. Dr. Nguyen recorded that the appellant was upset and demanded to have a crown placed on tooth #8. Dr. Nguyen recorded that the appellant refused extraction of tooth #8, he refused to sign the refusal form, and he was informed of the risks involved of not extracting tooth #8.

**DECISION:**   The appeal is **Denied.**

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

CHARLES D. LEE, MD
Health Care Manager
Salinas Valley State Prison

SVSP A-Facility Dental              Date: 12-31-07              A1 A2 (A3) A4 A5 __231__

Portugal, D _____          V51068 _____
       name              CDC #

## This note is in response to:

☐ A reminder to let you know my appointment is overdue

☐ Find out why I haven't been called in for my appointment

☐ Know what is the date of my next appointment

**X** Other

    _____ duplicate 7362 request submitted _____

At your previous appointment you were given a priority of:

**X** 1B   30 days or less   from 12/10/07

☐ 1C   60 days or less

☐ 2    120 days or less

Please know that Facility A dental is running 30 to 40 days behind schedule at this time.
You will be given your dental ducat based on your priority. If your Gold copy of the 7362
form was turned in too soon it would have been returned to you (eventually).
For inmates that turned in their copy of the 7362 form after they were supposed to be
called in, we will try to give a dental ducat sooner than another inmate of the same priority.

Please know we are not allowed to give out the specific date you will receive your ducat.

Please be patient, you are in the system and we will call you in when we can.

your next appointment will likely be mid February.
If you are having pain or another dental problem &
need to be sooner, please send in another 7362 Request
and state what the pain is and why you can not wait.

## SALINAS VALLEY STATE PRISON

**NAME:** Portugal, Daniel  **CDC# V51068**  **HOUSING:** **D9-144**

CDC-128-C

As of _____ 02/22/2008 _____ the above named inmate has a dental priority classification of:
DATE

☐ 1A    ☐ 1B    ☒ C    ☒ 2    ☐ 3    ☐ 4    ☐ 5

DENTIST, CF          Jones, DDS

J. ADAMO, DDS
CHIEF DENTIST

Orig:     Unit Health Record
CC:       C-File
          **Inmate (Copy)**

                                        MEDICAL-PSYCHIATRIC-DENTAL
DATE:          02/15/2008               SALINAS VALLEY STATE PRISON

## SALINAS VALLEY STATE PRISON

**NAME:** **Portugal, Daniel**    **CDC# V51068**    **HOUSING:** **A3-231**
CDC-128-C

As of _____12/10/07_____the above named inmate has a dental priority classification of:
DATE

☐ 1A    ☒ 1B    ☐ 1C    ☐ 2    ☐ 3    ☐ 4    ☐ 5

DENTIST, CF    Dr. Munk

J. ADAMO, DDS
CHIEF DENTIST

Orig:    Unit Health Record
CC:      C-File
         **Inmate (Copy)**

MEDICAL-PSYCHIATRIC-**DENTAL**
SALINAS VALLEY STATE PRISON

DATE:    12/10/2007

State of California

Department of Corrections and Rehabilitation
Inmate Appeals Branch

# **Memorandum**

Date  :    January 25, 2008

To    :    PORTUGAL, DANIEL   V51068
           Salinas Valley State Prison
           P.O. Box 1020
           Soledad, CA  93960-1020

Subject:   **APPEAL ACTIVITY**

The attached page(s) lists a summary of your recent appeal history and status of appeals still under review.

*U. Brani*

N. GRANNIS, Chief
Inmate Appeals Branch

Attachment(s)

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Information

CDCR Number: V51068

Sorted By: Last Name

| CDCR Number | Appellant Name | Location | Arrival Date |
| --- | --- | --- | --- |
| V51068 | PORTUGAL, DANIEL | SVSP | 02/06/2006 |

**Accepted Appeals**

| IAB Number | Issue | Inst. Log Number | Closed Date | Disposition |
| --- | --- | --- | --- | --- |
| 0706325 | MEDICAL | SVSP-07-01279 | 11/16/2007 | DENIED |
| 0713134 | (GroupPROGRAM | SVSP-07-03411 | 01/18/2008 | DENIED |

**Screen Outs**

The appellant has no screened out appeal history.

NAME: _Portugal_    CDC#: _V51068_ HOUSING: _B4 113_

Your CDC 7362 (Health Care Service Request) form has been received and classified as
a Priority Level 2 by the clinic dentist. CDC policy states that you will be seen within
120 days; therefore, you will be sent a ducat as soon as possible within this time period.
DO NOT SUBMIT ANOTHER 7362 FOR THIS ISSUE.

DATE: _7/10/08_

to: Director of Correction's,

RECEIVED

NOV 27 2007

INMATE APPEALS    11-20-07
BRANCH

I am writing this letter
on regarding my responds from my 602
I send to your office on 8-20-07
log No 07-01279 my name is Daniel Portuga,
#VS1068 I am on Salinas Valley and I
have not receive a responds due to my
understanding has pass 90 working day's now.
well I look forward to receive some
responds soo from your office's, thank
you for your time and concern.

senecirely

Daniel Portuga



LEGAL MAIL ONLY

High Desert State Prison
Daniel Portugal #V-51068
P.O. Box 3030 B4-113
Susanville, Ca 96127

STATE PRISON

U.S. District C
450 Golden Gate
San Francisco, Ca 9416

— legal mail —
Re: CCR 15 Art 4.1.2,
Section - 3142



legal Mai— 7/14/08 ᴍ

legal Mai—