FILED

08 JUL 18 PH 4:40

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9
10   Daniel Portugal
11                        Plaintiff,      CASE NO. CV 08-0276 CRB
12        vs.                             **PRISONER'S**
                                          **APPLICATION TO PROCEED**
13   N. Grannis, et al,                   **IN FORMA PAUPERIS**
14                        Defendant.
15

16        I, Daniel Portugal, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.    Are you presently employed? Yes ___ No X

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____ Net: _____

27   Employer: _____

28   _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or          Yes ____ No ____

10           self employment

11      b.    Income from stocks, bonds,     Yes ____ No ____

12           or royalties?

13      c.    Rent payments?             Yes ____ No ____

14      d.    Pensions, annuities, or        Yes ____ No ____

15           life insurance payments?

16      e.    Federal or State welfare payments,   Yes ____ No ____

17           Social Security or other govern-

18           ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.     Are you married?            Yes ____ No ⊠

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.   a.    List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for

2                support and indicate how much you contribute toward their support.  (NOTE:

3                For minor children, list only their initials and ages.  DO NOT INCLUDE

4                THEIR NAMES.).

5  _____

6  _____

7  5.    Do you own or are you buying a home?    Yes ____ No ✗

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes ____ No ✗

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No ✗ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account?  Yes ____ No ✗ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s):  $_____

17  Do you own any cash?  Yes ____ No ✗ Amount: $_____

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No ✗

20  _____

21  8.    What are your monthly expenses?

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

25  | Name of Account | Monthly Payment | Total Owed on This Acct. |
   | --- | --- | --- |
26  | _____ | $_____ | $_____ |
27  | _____ | $_____ | $_____ |
28  | _____ | $_____ | $_____ |

1

2          Case Number: CV 08-0276

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                     **IN**

10                    **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of Portugal, Daniel for the last six months

        [prisoner name]

14   High Desert State Prison where (s)he is confined.

        [name of institution]

15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ 0.00 and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ 0.00 .

18                                              THE WITHIN INSTRUMENT IS A CORRECT
                                                COPY OF THE TRUST ACCOUNT MAINTAINED
                                                BY THIS OFFICE.
19   Dated: 7-14-08                             ATTEST                              CORRECTIONS
                                                [Authorized officer of the institution]
20                                              TRUST OFFICE

21

22

23

24

25

26

27

28

                                                    - 5 -

EPORT ID: TS3030  .701                        REPORT DATE: 07/14/08
                                                    PAGE NO:       1

                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    NORTH KERN STATE PRISON
                                   INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: JAN. 14, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : V51068                    BED/CELL NUMBER:
ACCOUNT NAME   : PORTUGAL, DANIEL ALEJANDRO    ACCOUNT TYPE: T
PRIVILEGE GROUP:
                              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              --------------
                                                  0.00
                                              --------------
                                              --------------

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

REPORT ID: TS3030  .701

REPORT DATE: 07/14/08
PAGE NO:      1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 14, 2008 THRU JUL. 14, 2008

ACCOUNT NUMBER : V51068                                BED/CELL NUMBER: FBB4T100000113L
ACCOUNT NAME   : PORTUGAL, DANIEL ALEJANDRO            ACCOUNT TYPE:  I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION       | COMMENT     | HOLD AMOUNT |
|-------------|-----------|-------------------|-------------|-------------|
| 07/09/2008  | H114      | COPAY FEE, MED.   | 0161 06/29  | 5.00        |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00              | 0.00           | 0.00              | 0.00            | 5.00          | 0.00                      |

CURRENT
AVAILABLE
BALANCE
----------
5.00-
----------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

High Desert State Prison
Daniel Portugal # V-51068
P.O. box 3030 B4-113
Susanville Ca 93127

Legal Mail

## STATE PRISON

94102-3661 CO04

HIGH DESERT STATE PRISON



049J82046573
$00.590
Mailed From 96127
07/15/2008
US POSTAGE

neopost

U.S. District Court
Courtroom 12, floor 19
450 Golden Gate Avenue
San Francisco, Ca 94102