IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL PORTUGAL, | ) | |
| Plaintiff(s), | ) | No. C 08-0276 CRB (PR) |
| v. | ) | ORDER |
| N. GRANNIS, et al., | ) | (Docket # 12) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at High Desert State Prison ("HDSP") in Susanville, California, filed a pro se civil rights complaint for damages under 42 U.S.C. § 1983 alleging that, while incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, California, prison dentists "botched" several dental surgical procedures and other prison officials ignored his pleas for adequate dental care. Per order filed on May 27, 2008, the court found that plaintiff's allegations state a cognizable § 1983 claim for damages against the named SVSP defendants and ordered the United States Marshal to serve them.

Plaintiff has now filed a motion for a temporary restraining order ("TRO")/preliminary injunction challenging the conditions of his confinement at HDSP. The motion (docket # 12) is DENIED without prejudice to filing an action in the Eastern District of California, where HDSP is located. The instant action will be limited to damages for defendants' actions/omissions while plaintiff was incarcerated at SVSP, which is located in this district.

SO ORDERED.

DATED: July 21, 2008

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PORTUGAL,

        Plaintiff,

  v.

N GRANNIS et al,

        Defendant.
                                    /

Case Number: CV08-00276 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Portugal V-51068
High Desert State Prison
B4-113
P.O. Box 3030
Susanville, CA 96127

Dated: July 21, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk