Daniel Portugal    Pro-se
V68365  B4
P.O. Box 3030   H.D.S.P.
Susanville, Ca 96127

court clerk
Northern Dist. CRT. HSP

CASE NO: C 08-276 CRB

Daniel Portugal
V.
T. Felker - warden. E+ Al..,
custody staff.

Motion-seeking
Issuance of temporary
Restraining order-against
custody staff from any
future threats agains me
+ harrassment, reprisals
By the staff of any
manner;

1  I Daniel Portugal - Do Solemly
2  sware, that this entire entitled
3  document to the best of my ability
4  and knowledge is true and correct, under
5  the penalty of perjury and according to the letter of the
6  law and to the color of the law, I am seeking and
7  Requesting of your honorable court, the issuance of this
8  motion regarding my present, and future safety. and on
9  an against this prisons custody staff - in an with my
10  Handeling a 4 threats of physical harm to my person, by
11  custody staff that is, Has been envoiwed with my
12  movement 4 in dealing with me in any manner - since
13  my arrival at High Desert State prison, Due to my
14  being transfered here from Salinas valley state prison
15  and due to being a somewhat sucessful prison
16  litigator, and safety 4 security issues there from threats
17  of violence 4 harm to my person, verbally as well being
18  overheard by staff upon my arrival at H.D.S.P. at
19  receiving 4 release (R4R) I was verbally threatment
20  by staff, as soon as they saw my legal work, Do to
21  nature of my transfer to there Enstitution as they have
22  display a flagrent attiude towards 4 against S.N.Y.
23  Inmates and they make that quite clear by physical
24  verbal abuse of, towards (us) myself snortly after
25  my arrival I wrote a letter to the warden T. Felker
26  regarding this matter of my concerns, my reavesting
27  to be placed in A.S.U. or a tranfer emergency.

1.

1  Do to my concerns As I've laid them out in
2  this Motion For your Honorable court, and For
3  whatever reason's my request's or letter's were
4  Denied. now a have Filed numerous 602 Form's
5  against H.D.S.P. For denial appellant to medical care
6  by exposed to pain and suffering to live on
7  this medical conditions. appellant request for emergency
8  care Category as determined by health care staff
9  to alleviate disabling Pain Inmediate. this matter
10 continue For 3 months now , to this day this staff
11 allow appellant to unnecessary pain by denial to
12 re-new he's chrone For a extra mattress, pillow
13 according to my chrono is perman a copy is attach
14 on the back of this motion.
15 2) now T. Felker warden has open my legal mail
16 without my present and return back with a
17 Memorandum stated appellant has to submit
18 a CDCR-602 Form to try to address my issuess
19 with Inmate appeal office's. this matter is a
20 violation of appellant constitution rights nes
21 mail was read by the warden. According to the
22 First and sixth Amendment violation. this case law
23 stated clear the officials are no't allowed to
24 read or censor this type of mail, However, they can
25 open it and inspect it For contraband as long as
26 they do it in From of appellant see WOlFF V.
27 McDonnell ,418 US.539 (1744).

3.)
1  as well according to chapter 3 section 3.3 a
2  tranfer may violate some other constitution
3  protection for example a tranfer might subject
4  a prisoner to cruel and unusual punishment if the
5  prison would be placed with known enemies or other
6  who would cause serious harm. the fifth circuit
7  held that it "determine whether any of those
8  incidents individually constituted an eighth
9  amendment violation appellant rights.
10  4.) prisoner are often very concerned about where
11  they serve their time, especially if they where or
12  hope to receive visits from family and friends
13  "family ties", prison placement are specifically
14  discussed in 3.4. or they wish to be in a particular
15  program or housing arrangement that is available
16  only at certain prison's. once a person is validly
17  convicted, the reavirement of due process under the
18  fourteenth amendment of the U.S. constitution. see
19  Farmer V. brennan (1994/ 51 U.S. 825 (114 S.ct. 1970; 128
20  L. Ed 2d 811) prison officials have duty to protect
21  prisoner from violence at the hands of other
22  prisoners; a constitutional violation occours when
23  the danger of harm is "sufficiently serious" and
24  the prison official acts with "deliberate indifferen-
25  ence" to inmates health or safety) see also 2.24
26  concerning reasonable safety concerns, chapter 7. concerning
27  housing needs related to medical care.

3.

Daniel Portugay
V.
Warden T. Felker
Et. AL) custody staff)

Points 4 Authority

1.)
Cruz V. Beto, 405 U.S. 319, 31 Led 2d 263, 92 S.CT
1079 (1972);

2.)
Cooper V. Pate 378 U.S. 546, 12 Led 2d 1030,
84 S.CT. 1733 (1964);

3.) Wolff V. McDonnell, 418 U.S. 539, 41 Led 2d 935, 94 SCT
2983 (1974)

4.) Hudson V. Palmer 468 U.S. 517, 526-27, 104 S. C.T.
3194. 82 Led 2d 393 (1984)

5.) Deshanney V. Winnebago county Dept of school
services, 489 U.S. 189, 200 109 S.CT 998/103 LEd 2d
249 (1989)

6.) Youngberg V. Romeo 757 U.S. 307 315-16, 102 S. CT.
2452, 73 L.Ed 2d 28 (1982)

7.) Farmer V. U.S. 511 U.S. AT 834, 114 S.CT (1970)

8.) Moore V. Mabus, 976 F.2d 268, 271 (5th cir 1992)

9.) Martinez V. Stanford 323 F.3d 1178, 1183 (9th cir 2003)

10.) U.S. V. Lopez U.S. Ca 9th No-05 50415

11.) Serrato V. Clark U.S. Ca 9th cir No-06-15167 may 9, 2007;

12.) Re-Rosenkrantz (2002) 29 cal 4th 616, 666-128 cal (
RPTR 2ND 104 ID AT 651

13.) Motley V. Parks 432 F.3d 1072 1077-78. 9th cir 2005)

Daniel Portugay

4,

Daniel Portugal
Warden-T.Felker
ET-Al custody staff

1. MOUNEY V. HOLOHen, 55 S.CT 340 294 US. 103;
2. DeLuna(2005) 126 cal app.4th 585, 591, 24 cal rPTR;
3. McQuillion V. Duncan(9th cir 2002) 306 F.3d 895 901-902;
4. Redd V. mcGrath (4th cir 2003
5. seRRato V. clark. US. ca 9th cir No.06-15167; 5/07 9th cir
6. olsen V. Idaho, 363 F.3d 916, 922 (9th cir 04)
7. martinez V. stanford, 323 F.3d 1178, 1183 (9th cir 03)
8. motley V. Parks 432 F.3d 10R, 1077-78 (9th cir 05)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Daniel Portugal

5.

Daniel Portugal )
Warden T. Felker )
(ET-AL) Custody Staff; )

Points & Authority

1. This prisons NonCompliance with the, Due Process clause of the Federal constitution;
2. (342 F.Supp 616)
3. (483 F.2d 1059)
4. Robert o McDonnel, Etc - 418 U.S. 539, 41 L.Ed 2d 935, 94 S.ct. 2963 No. 73 679) (1974)
5. Garner - Supra 529 U.S. 254, at Expo Facto;
6. Foremost, Re Rosenkrantz, 483 F.2d 1059
7. Included in above cite is Charles Wolff Jr., Etc, ET. AL Petitioner(s)
8. These above & entitled Points & authority are to include & being requested of & by way of your
9. Honorable court issuing an additional order, that
10. No Reprisals be taken against, or small any be administered to - on or in any Fassion against this Plaintiff
11. in this entitled action in it's entirity which is I/M
12. Daniel Portugal V-51068, & ET.A1 I/M's - As is the
13. Plaintiff in this instant action, and ongoing pending
14. litigation - Pursuant to this unconstitutional action
15. of & by Dept-correc & Rehab.- violating his Due Process
16. rights - to unempeeded access to the courts,
17. Subjecting this Plaintiff I/M Daniel Portugal to
18. cruel & unusal Punishment the right to bring a
19. Grevience or action. to & through the administrative
20. process & to the courts, Free from reprisals, threats,
21. Harm From by staFF & I/M's Alike. According to the
22. Law & State & Federal constitutions, Amendments
23. 1st, 4th, 6th, 8th & 14th of the constitution.

Daniel Portugal

20
21
22
23
24
25
26
27

6.

CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
## COMPREHENSIVE ACCOMMODATION CHRONO

INSTRUCTIONS: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### HOUSING

| | | | |
|---|---|---|---|
| e | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ |

### MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| e | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| e | P / T _____ | Hearing Aid | P / T _____ |
| ches | P / T _____ | Special Garment: | |
| : (type) _____ | P / T _____ | (specify) _____ | P / T _____ |
| er | P / T _____ | Rx. Glasses: _____ | P / T _____ |
| ing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding _Extra blanket_ (P)/T _____ | |
| : (specify) _____ | P / T _____ | (Extra Mattress) _or medical mattr._ (P)/T _____ | |
| sis Peritoneal | P / T _____ | Other _Pillow_ (P)/T _____ | |

### OTHER

| | | | |
|---|---|---|---|
| ) | | Therapeutic Diet: (specify) | P / T _____ |
| idant to assist with meal access | P / T _____ | _____ | |
| other movement inside the institution. | | Communication Assistance | P / T _____ |
| dant will not feed or lift the inmate/patient | | Transport Vehicle with Lift | P / T _____ |
| form elements of personal hygiene. | | Short Beard | P / T _____ |
| lchair Accessible Table | P / T _____ | Other _____ | P / T _____ |

### PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

on the above, are there any physical limitations to job assignments?   ☐ Yes   ☒ No

, specify: _____

| | | |
|---|---|---|
| TUTION SVSP | COMPLETED BY (PRINT NAME) J Tyler | TITLE F NP |
| SIGNATURE M. Sile M | DATE 2/29/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| CMO SIGNATURE | DATE 3/4/08 | V51068 |
| E ONE: (APPROVED) DENIED | | Portugal, Daniel |
| | | 10/16/83 |

COMPREHENSIVE ACCOMMODATION
CHRONO

7410 (03/04)

Distribution:
Original - Unit Health Record      Canary - Central File      Pink - Correctional Counselor      Gold - Inmate

State of California                                          Department of Corrections and Rehabilitation
                                                                          High Desert State Prison

# Memorandum

Date    :   August 22, 2008

To      :   Inmate Portugal, V-51068
            Housing:  B4-113

Subject :   **INMATE/PAROLEE APPEAL FORM AND/OR CORRESPONDENCE**

My office is in receipt of your correspondence dated August 11, 2008.  We are returning the
correspondence to you so that you may submit a CDCR-602, Inmate/Parolee Appeal form to
the Inmate Appeals Office.

You are encouraged to utilize the inmate appeal system when you feel departmental or
institutional staff have acted inappropriately or you have a complaint regarding other issues.
By writing to the Warden, or outside entities, you are circumventing the inmate appeal process
established by the California Code of Regulations, Title 15, Chapter 1, Article 8.  As you
know, the inmate appeal process was designed for inmates to express their dissatisfaction with
any decision or act that they can prove as having an adverse effect upon their welfare [CCR
Title 15, Section 3084.1 (a)].  By utilizing the inmate appeal process, you will address your
issues through the appropriate chain of command and receive information regarding the most
current CDCR policy and procedures that either justifies the action taken or remedies the
problem in accordance with applicable rules.

Should you continue to send appeal/complaint type correspondence to this office, it will be
returned to you, as you are circumventing the appeals process.

T. FELKER
Warden

To: Gary Jordan,

aug 26-08
#V51068

appellant Daniel Portugal
is writing this letter regarding this
matter.

ON 8-11-08 appellant Daniel Portugal when
to Medical clinic around 7:45 Am and the
doctor african American disrespect, intimidate
and treatened appellant if I wrote him up
for denial Medical needs and disrespect.
the reason of going to the clinic was
regarding a 602 complaint. the doctor stated
if I wrote him up he will pick up where I left
in, violation of CCR 15 Art 1.3004 a,b,c.
appellant Daniel Portugal Filed a 602
regarding Medical staff complaint but
due to the circumstand this institution
works to slow and I need action fas
regarding this matter appellant ask
High Desert For a catagory II investigatio
but they can corrected this matter.
now with this said I closed this
letter on hope of receive a responds
from your offices, thank you.

Daniel Portugal

sincerely

P.s. my address
High Desert state prison
Daniel Portugal V-51068
P.O. box 3030
Susanville, ca 96127

Daniel Pookelell
V-51068, B4-113




049J82046573

$00.42⁰

08/13/2008

Mailed From 96127
US POSTAGE

Gary Jordan
OFFices OF Internal aFFairs
California Department oF
Correction's and Rehabilitation
P.O. Box 3009
Sacramento, Ca 95812

Legal Mail —
Per CCR 15 AiT 4. 3141 (2)



LEGAL MAIL

STATE PRISON B4

RECEIVED
SEP - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of clerk, US
District court
Northern District of
california
450 Golden Gate Avenue
San Francisco, Ca 94102

9/1/08



**LEGAL MAIL**
Per CCR 15 Art 4 3141 Cal