IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PORTUGAL, )<br>  )<br>        Plaintiff(s), )<br>  )<br>  v. )<br>  )<br>N. GRANNIS, et al., )<br>  )<br>        Defendant(s). )<br>_____ ) | No. C 08-0276 CRB (PR)<br><br>ORDER |

    Defendants have filed a motion for summary judgment on plaintiff's pro se civil rights complaint for damages under 42 U.S.C. § 1983. Plaintiff shall file an opposition, or notice of non-opposition, by no later than September 18, 2009, and defendants shall file reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: August 17 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Portugal, D1.or4.wpd